UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOLING AIR MEDIA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PANALPINA, INC., et al.,<br><br>Defendants. | No. 1:19-cv-00084-DAD-SKO<br><br>ORDER REFERRING MOTION TO MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), plaintiff's motion to modify the scheduling order and amended motion for leave to file a first amended complaint (Doc. No. 15) is hereby referred to United States Magistrate Judge Sheila K. Oberto for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). Accordingly, the hearing on the motion set for July 16, 2019 at 9:30 a.m. in Courtroom 5 before the undersigned is hereby vacated and a new hearing date will be set via minute order by the assigned magistrate judge if deemed appropriate.

IT IS SO ORDERED.

Dated: **June 19, 2019**

UNITED STATES DISTRICT JUDGE

1