| | |
|---|---|
| BOLING AIR MEDIA,<br><br>               Plaintiff,<br><br>     v.<br><br>PANALPINA INC.; EVA AIRWAYS CORP.; and DOES 1 through 50,<br><br>               Defendants. | No. 1:19-cv-00084-DAD-SKO<br><br><u>ORDER REMANDING MATTER TO THE FRESNO COUNTY SUPERIOR COURT</u> |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

     Plaintiff Boling Air Media initiated this action in Fresno County Superior Court on December 18, 2018. (Doc. No. 1-1 at 2.) On January 17, 2019, defendants removed this action to federal court on the basis of diversity jurisdiction. (Doc. No. 1 at 3–4.)

     On October 23, 2019, the undersigned issued an order adopting the findings and recommendations issued by the magistrate judge assigned to this case, granting plaintiff leave to file its First Amended Complaint. (Doc. Nos. 15-1, 25, 30.) Because the joinder of additional, non-diverse defendants in the First Amended Complaint would destroy diversity jurisdiction, the court indicated in its order that, subsequent to the filing of the First Amended Complaint, this action would be remanded to the Fresno County Superior Court. (Doc. No. 30 at 3.)

     On October 23, 2019, plaintiff filed its First Amended Complaint, which joined additional, non-diverse defendants. (Doc. No. 31.) Thus, the court can no longer exercise

1

diversity jurisdiction over this case.  Remand to the Fresno County Superior Court is therefore required.  *See* 28 U.S.C. § 1447(c); *Bruns v. NCUA*, 122 F.3d 1251, 1257 (9th Cir. 1997).

Accordingly,

1. This case is remanded to the Fresno County Superior Court, pursuant to 28 U.S.C. § 1447(c), for lack of subject matter jurisdiction; and
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**October 25, 2019**__      _____
                                                  UNITED STATES DISTRICT JUDGE